# Exhibit 1

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | **NOT ORIGINAL DOCUMENT**<br>**07/02/2019 03:32:34 PM**<br>**89824-5**<br>Case #:  **19-CI-00164**<br>Court:  **CIRCUIT**<br>County:  **BARREN** |

*Plantiff,* **GENTRY, JEREMY VS. AKEBONO BRAKE CORPORATION**, *Defendant*

TO: **AKEBONO BRAKE CORPORATION**
**310 RING ROAD**
**ELIZABETHTOWN, KY 42701**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Krissie Coe Fields*

Barren Circuit Clerk
Date: **3/20/2019**

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____
Served By

_____
Title

Summons ID: @00000150560
CIRCUIT: 19-CI-00164 Certified Mail
GENTRY, JEREMY VS. AKEBONO BRAKE CORPORATION



Page 1 of 1

eFiled

CI : 000001 of 000001

Filed          19-CI-00164          03/20/2019          Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
07/02/2019 03:32:08 PM
89824-5

COMMONWEALTH OF KENTUCKY
CIRCUIT COURT
BARREN COUNTY, KENTUCKY

JEREMY GENTRY,

    Plaintiff,

v.                                                                                  Case Number _____

AKEBONO BRAKE CORPORATION,

    Defendant.

_____/

## Complaint & Jury Demand

1. The Plaintiff, Jeremy Gentry, sues the Defendant, Akebono Brake Corporation for disability/perceived disability discrimination in violation of Kentucky law.

2. Plaintiff resides in Tompkinsville, Kentucky.

3. Defendant is a Michigan company.

4. Defendant does business within the State of Kentucky.

5. Defendant has offices and/or places of business within the State of Kentucky.

6. Defendant does business in Barren County, Kentucky, among others.

7. Venue is proper pursuant to KRS 452.450.

8. This Honorable Court has jurisdiction pursuant to KRS 344.450.

9. Plaintiff has a disability.

10. Defendant perceived Plaintiff to be disabled.

1

Presiding Judge: HON. JOHN T. ALEXANDER (643358)

COM : 000001 of 000004

Filed          19-CI-00164          03/20/2019          Krissie Coe Fields, Barren Circuit Clerk

Filed                    19-CI-00164    03/20/2019        Krissie Coe Fields, Barren Circuit Clerk

NOT ORIGINAL DOCUMENT
07/02/2019 03:32:08 PM
89824-5

11. Defendant employs over twenty (20) employees.

12. Defendant is engaged in interstate commerce.

13. Defendant has at all times been required to comply with the Kentucky Civil Rights Act (KCRA).

14. Defendant was Plaintiff's employer.

15. Plaintiff began working for Defendant in August 2013.

16. Plaintiff has suffered adverse employment actions because of his disability and/or perceived disability.

17. During his employment, Plaintiff was diagnosed with diabetes.

18. In 2017 Plaintiff was absent from work to be treated for complications related to his diabetes.

19. In 2017, Plaintiff applied for and was granted FMLA leave.

20. Upon his return from FMLA, Plaintiff was demoted.

21. On or around June 19, 2017, Plaintiff was demoted and his pay was reduced.

22. Upon his return to work, Defendant told Plaintiff he was not eligible for FMLA and that his absences would be retroactively counted against him.

23. Defendant demoted Plaintiff and reduced his pay because of his disability/perceived disability.

24. At all times relevant, Defendant knew that Plaintiff had a disability.

25. At all times relevant, Defendant perceived Plaintiff to be disabled.

Filed                    19-CI-00164    03/20/2019        Krissie Coe Fields, Barren Circuit Clerk

Presiding Judge: HON. JOHN T. ALEXANDER (643358)
COM : 000002 of 000004

26. Defendant knew that Plaintiff needed an accommodation in regards to limited time off work for treatment related to his disability.

27. Nevertheless Defendant discriminated against Plaintiff due to his disability/perceived disability.

28. Defendant retaliated against Plaintiff for taking medically-necessary leave to treat his disability.

29. Defendant misled Plaintiff into believing he was eligible for protected leave to treat his disability.

30. Defendant refused to engage in good faith dialogue to accommodate Plaintiff.

31. As a result of Defendant's unlawful conduct, Plaintiff suffered harm in the form of lost wages and benefits.

32. The monetary damages claimed in this case are the difference between what Plaintiff would have earned had he not been demoted because of his disability/perceived disability.

33. The monetary damages claimed in this case are less than $75,000, exclusive of attorneys' fees and costs.

34. Defendant's unlawful actions, if left unchecked, will have the effect of discouraging other disabled workings from exercising their rights under Kentucky law.

## Count I- KRS Disability Discrimination

35. Plaintiff reincorporates paragraphs 1 through 34 as if fully stated herein.

36. Plaintiff was discriminated against because of his disability/perceived disability in violation of Kentucky law.

37. Plaintiff was demoted because of his disability/perceived disability in violation of Kentucky law.

38. Plaintiff suffered retaliation because of his need to take disability-related medical leave.

Wherefore, Plaintiff demands trial by jury, back pay and benefits equivocation, and his attorneys' fees and costs.

Respectfully submitted this 25th day of February 2019,

/s/ *Christina Thomas Mazaheri*
Christina Thomas Mazaheri
Morgan & Morgan
333 W. Vine St. Suite 1200
Lexington, Kentucky 40507
Tel – (859)286-8369
Email – CMazaheri@forthepeople.com
*Counsel for Plaintiff*



**19-CI-00164**

# GENTRY, JEREMY VS. AKEBONO BRAKE CORPORATION

**BARREN CIRCUIT COURT**
Filed on **03/20/2019** as **CONTRACT** with **HON. JOHN T. ALEXANDER**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 19-CI-00164 |
|---|---|

**AKEBONO BRAKE CORPORATION** as **DEFENDANT / RESPONDENT**

**Memo**
SERVE REGISTERED AGENT BRANDON KESSINGER

**Address**
310 RING ROAD
ELIZABETHTOWN KY 42701

**Summons**
**CIVIL SUMMONS** issued on **06/12/2019** served on **06/14/2019** by way of **CERTIFIED MAIL**
*SERVE REGISTERED AGENT BRANDON KESSINGER/S/ 06/14/2019*

**GENTRY, JEREMY** as **PLAINTIFF / PETITIONER**

**MAZAHERI, CHRISTINA THOMAS** as **ATTORNEY FOR PLAINTIFF**

**Address**
MORGAN & MORGAN
333 W. VINE ST. SUITE 1200
LEXINGTON KY 40507

**BRANDON KESSINGER** as **REGISTERED AGENT OF SERVICE**

**Address**
310 RING ROAD
ELIZABETHTOWN KY 42701

| Documents | 19-CI-00164 |
|---|---|

**COMPLAINT / PETITION** filed on **03/20/2019**

| Images | 19-CI-00164 |
|---|---|

**COMPLAINT / PETITION** filed on **03/20/2019**   *Page(s): 4*

**SUMMONS** filed on **03/20/2019**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **03/20/2019**   *Page(s): 1*

**\*\*\*\* End of Case Number : 19-CI-00164 \*\*\*\***

NOT ORIGINAL DOCUMENT
07/02/2019 03:32:56 PM
89824-5



**Commonwealth of Kentucky**

**Krissie Coe Fields, Barren Circuit Clerk**

**Case #:** 19-CI-00164         **Envelope #:** 1487069

**Received From:** CHRISTINA MAZAHERI     **Account Of:** CHRISTINA MAZAHERI

**Case Title:** GENTRY, JEREMY VS. AKEBONO BRAKE CORPORATION     **Confirmation Number:** 89089527

**Filed On:** 3/20/2019  9:30:40AM

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.25 |
| 9 | Charges For Services(Copy - Photocopy) | $0.60 |
|   | **TOTAL:** | **$303.85** |