UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*Electronically Filed*

| | |
|---|---|
| JEREMY GENTRY,<br><br>          Plaintiff,<br><br>v.<br><br>AKEBONO BRAKE CORPORATION,<br><br>          Defendant. | CASE NO. 1:19-cv-00088-GNS-HBB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jeremy Gentry, through counsel, hereby tenders this Stipulation of Dismissal with Prejudice signed by counsel for all parties appearing in this action, dismissing all claims against the Defendant, Akebono Brake Corporation, in their entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own costs and fees.

          Submitted: September 23, 2019

Respectfully submitted,

| | |
|---|---|
| */s/J. Corey Asay* | */s/ Kathleen B. Wright* (per email auth. 9/23/19) |
| J. Corey Asay | Kathleen B. Wright |
| casay@forthepeople.com | kwright@fbtlaw.com |
| MORGAN & MORGAN | FROST BROWN TODD LLC |
| 333 W. Vine Street, Suite 1200 | 400 West Market Street, 32nd Floor |
| Lexington, KY 40507 | Louisville, KY  40202 |
| Telephone: (859) 286-8368 | Telephone: (502) 589-5400 |
| Facsimile: (859) 286-8384 | Facsimile: (502) 581-1087 |
| | |
| *Counsel for Plaintiff Jeremy Gentry* | *Counsel for Defendant Akebono Brake Corporation* |

0117019.0722465   4812-1478-9539v1